IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1799-AP

THERESA L. HENDERSON,

Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | TROY A. EID |
| 3500 S.Wadsworth Blvd., No. 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | KEVIN TRASKOS |
| Telephone (303) 986-6400 | Deputy Chief, Civil Division |
| FAX (303) 986-6800 | United States Attorney's Office |
| E-mail: bobgruber@earthlink.net | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |
| | debra.meachum@ssa.gov |

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** August 27, 2007
    B. **Date Complaint Was Served on U.S. Attorney's Office:** September 1, 2007
    C. **Date Answer and Administrative Record Were Filed:** October 30, 2007

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The Administrative Records appears to be complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    There are no unusual claims or defenses in this case.

7.  **OTHER MATTERS**

    There are no other matters.

8.  **PROPOSED BRIEFING SCHEDULE**
    Because of workload, Defendant's attorney respectfully requests that the response brief be due later than 30 days after the deadline for filing the opening brief. Plaintiff's attorney did not object to this request.

    A. **Plaintiffs Opening Brief Due:** December 28, 2007
    B. **Defendant's Response Brief Due:** February 7, 2008
    C. **Plaintiffs Reply Brief (If Any) Due:** February 22, 2008

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 19th day of November, 2007.

    > BY THE COURT:
    >
    > *S/John L. Kane*
    > U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Robert K. Gruber 11/19/07 | TROY A. EID |
| Robert K. Gruber | United States Attorney |
| 3500 South Wadsworth Blvd., Suite 215 | |
| Lakewood, Colorado 80235-2382 | KEVIN TRASKOS |
| Telephone (303) 986-6400 | Deputy Chief, Civil Division |
| FAX (303) 986-6800 | United States Attorney's Office |
| E-mail: bobgruber@earthlink.net | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | s/ Debra J. Meachum 11/19/07 |
| | Debra J. Meachum |
| | Special Assistant U.S. Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | (303) 844-0770  (facsimile) |
| | Debra.meachum@ssa.gov |