IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1799-AP

THERESA L. HENDERSON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

The Court has reviewed Defendant's Unopposed Motion For Remand For Further Administrative Proceedings (doc. #17), filed February 22, 2007. The Motion is GRANTED. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court hereby orders that the case be remanded for further administrative proceedings.

The Court further orders that, upon remand, the Social Security Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further administrative proceedings, including a supplemental hearing; Plaintiff will have the opportunity to submit additional evidence relevant to her claim; and the ALJ will be directed to perform the following upon remand:

    • re-evaluate the severity of Plaintiff's mental impairments pursuant
     to all factors set forth in 20 C.F.R. §§ 404.15201 and 416.920a.

•reassess medical source opinions, including all of the limitations assessed by examining psychologist Stuart Kutz, Ph.D.

•in light of the above, re-evaluate Plaintiff's physical and mental residual functional capacity.

•further develop and evaluate Plaintiff's work activity after her alleged onset of disability date to consider all appropriate factors and determine whether Plaintiff performed substantial gainful activity at any time during the relevant time period.

DATED this 22nd day of February, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court