IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1799-AP**

**THERESA L. HENDERSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #20), filed March 20, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to counsel, as assignee for Plaintiff, attorney fees in the amount of **$4,200.00**.

Dated at Denver, Colorado, this 25th day of March, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT