IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1799-AP**

**THERESA L. HENDERSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

# ORDER

Kane, J.

The Unopposed Plaintiff's Attorney's Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b), (doc. #23), filed December 10, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$4,200.00** pursuant to 42 U.S.C. § 406(b).

Dated at Denver, Colorado, this 10th day of December, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT